IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION OF<br>  PHYSICIANS AND SURGEONS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 10-499 (RJL) |
| KATHLEEN G. SEBELIUS, Secretary of<br>  Health and Human Services, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, through undersigned counsel, respectfully move the Court for a 10-day extension of time, from January 31 to February 10, 2011, to file a reply in support of their motion to dismiss Plaintiffs' Second Amended and Supplemental Complaint. Plaintiffs consent to the requested extension. In support of this motion, Defendants state as follows:

1. Plaintiffs' original Complaint, filed on March 26, 2010, essentially combined two lawsuits into one: first, a challenge to the individual responsibility and employer responsibility provisions of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (Mar. 23, 2010), amended by Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111-152, 124 Stat. 1029 (Mar. 30, 2010) (the "Affordable Care Act"), see Compl. ¶¶ 51-72; and second, an unrelated challenge to guidance in an internal Social Security Administration manual, the Programs Operations Manual System ("POMS"), that explains the connection between entitlement to Social Security old-age benefits and entitlement to Medicare Part A benefits, see id. ¶¶ 45-50.

2. Defendants moved to dismiss Plaintiffs' original Complaint, after receiving two unopposed extensions of time, on July 29, 2010. Plaintiffs responded to that motion on August 23, 2010, after receiving an unopposed extension of time, by filing an Amended Complaint. Because Plaintiffs' Amended Complaint set forth allegations that took place after the filing date of the original Complaint, but was filed without leave of Court, Defendants did not view it as properly filed. See Fed. R. Civ. P. 15(d). Defendants therefore moved the Court to stay their obligation to respond, see Doc. No. 21, and consented to Plaintiffs' motion for leave to file a Second Amended and Supplemental Complaint, see Doc. No. 22.

3. Plaintiffs' Second Amended and Supplemental Complaint essentially folds yet a third new lawsuit into this case. In addition to adding a new plaintiff and a new defendant, and expanding the constitutional arguments against previously-challenged provisions of the Affordable Care Act, the Second Amended and Supplemental Complaint adds a new claim wholly unrelated to the original Complaint — namely, a procedural and substantive challenge to new regulations addressing the conditions under which Medicare Part B will pay for certain "ordered or referred" items or services. 75 Fed. Reg. 24,437 (May 5, 2010).

4. Defendants moved to dismiss Plaintiffs' Second Amended and Supplemental Complaint, after receiving one extension of time, on November 12, 2010. See Doc. No. 31. Plaintiffs opposed that motion, after receiving two unopposed extensions of time, on January 10, 2011. See Doc. No. 38.

5. Defendants initially expected to be able to file a reply in support of their motion to dismiss by January 31, 2011. However, given the breadth of Plaintiffs' complaint and the novelty of the claims asserted, it has taken longer than originally anticipated to develop a considered response. Further, the continued press of other business, including the simultaneous

litigation of several other challenges to the Affordable Care Act, has interfered with counsel's ability to complete Defendants' reply brief.

6. For these reasons, there is good cause to extend Defendants' deadline to file a reply in support of its motion to dismiss Plaintiffs' Second Amended and Supplemental Complaint by 10 days, from January 31 to February 10, 2011.

7. Pursuant to Local Rule 7.1(m), undersigned counsel conferred with Plaintiffs' counsel, who indicated that Plaintiffs consent to the relief requested herein.

8. A scheduling order has not been entered in this case, and granting the relief requested herein would not affect any other deadlines.

WHEREFORE, Defendants respectfully request that the Court extend their time to file a reply in support of their motion to dismiss Plaintiffs' Second Amended and Supplemental Complaint to February 10, 2011. A proposed order is attached.

Dated: January 28, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

SHEILA LIEBER
Deputy Director

 /s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER, Cal. Bar No. 237526
JUSTIN M. SANDBERG, Ill. Bar No. 6278377
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338

Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

<u>Attorneys for Defendants</u>

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of January, 2011, I filed the foregoing document via the Court's CM/ECF system, which caused it to be served on Plaintiffs' counsel of record.

            /s/ *Eric Beckenhauer*
            ERIC B. BECKENHAUER, Cal. Bar No. 237526
            Trial Attorney
            U.S. Department of Justice