**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>AMERICAN ASSOCIATION OF                )<br>  PHYSICIANS AND SURGEONS, <u>et al.</u>,   )<br>                                       )<br>              Plaintiffs,              )<br>                                       )<br>          v.                           )<br>                                       )<br>KATHLEEN G. SEBELIUS, Secretary of     )<br>  Health and Human Services, <u>et al.</u>,  )<br>                                       )<br>              Defendants.              )<br>_____ ) | Civil Case No. 10-499 (RJL) |

## <u>NOTICE OF CONSENT</u>

Defendants, through undersigned counsel, respectfully notify the Court that plaintiffs

consent to defendants' Motion for Leave to Exceed Page Limit.  <u>See</u> Doc. No. 41.

1.      Defendants filed their motion for leave on February 10, 2011.  Pursuant to Local

Rule 7.1(m), prior to filing, defendants attempted to confer with plaintiffs' counsel to determine

whether plaintiffs would oppose the relief sought.  Defendants were unable to reach plaintiffs'

counsel, as they noted in their motion.

2.      On February 11, 2011, plaintiffs' counsel authorized defendants to represent to

the Court that plaintiffs consent to the relief sought in defendants' Motion for Leave to Exceed

Page Limit.  <u>See</u> Doc. No. 41.

Dated:  February 11, 2011                    Respectfully submitted,

                                             TONY WEST
                                             Assistant Attorney General

                                             RONALD C. MACHEN JR.
                                             United States Attorney

SHEILA LIEBER
Deputy Director

 /s/ *Eric Beckenhauer*
ERIC B. BECKENHAUER, Cal. Bar No. 237526
JUSTIN M. SANDBERG, Ill. Bar No. 6278377
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 514-3338
Facsimile: (202) 616-8470
E-mail: eric.beckenhauer@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2011, I filed the foregoing document via the Court's CM/ECF system, which caused it to be served on Plaintiffs' counsel of record.

/s/ Eric Beckenhauer
ERIC B. BECKENHAUER, Cal. Bar No. 237526
Trial Attorney
U.S. Department of Justice